IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>ANTOINETTE MARIE HARRIS,<br><br>Debtor. | 4:15-CV-3025<br><br>BANKRUPTCY NO. BK13-41856<br>ADV. NO. A14-4001<br><br>ORDER |

This case is before the Court on the debtor's notice of appeal (filing 1). The bankruptcy court order at issue appears to be appealable under 28 U.S.C. § 158(a)(1). Accordingly, the merits of this appeal should be briefed by both the appellant (the debtor) and appellees (the trustee and creditors). *See* Fed. R. Bankr. P. 8014, 8015, and 8018.

IT IS ORDERED:

1. The Clerk of the United States Bankruptcy Court shall cause a transcript of the trial proceedings held on December 2, 2014, to be prepared and filed, and shall forward to the Clerk of the District Court copies of any relevant exhibits that are not available electronically.

2. The appellant shall file and serve her brief within 30 days after the trial transcript is available.

3. Any appellee wishing to file and serve a response brief may do so within 30 days after service of the appellant's brief.

4. The appellant may file and serve a reply brief within 30 days after service of any appellee's brief.

Dated this 6th day of March, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge